UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:

Jesse L. Thomas

CHAPTER 13
CASE #15-60224

_____/

Jesse L. Thomas

    Movant

v.

Arlene Thomas
1 Chip Court
Palmyra, VA  22963


    Defendant
_____/

MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY

Comes now the debtor Jesse L. Thomas, by counsel, and states to this court as follows:

1. That your debtor filed for relief under Chapter 13 of the Bankruptcy Code on February 11, 2015.

2. This is a motion pursuant to Bankruptcy Rules 4001 and USC Section 362(d) seeking protection from the automatic stay of 11 U.S.C. Section 362(a).

3. The Court possesses subject matter jurisdiction over this proceeding pursuant to 28 U.S.C. Section 257 and 28 U.S.C.

Section 1334.

4. This is a core proceeding.

5. The Movant is the Debtor in this case and the Chapter 13 plan has been confirmed.

6. That the Debtor's schedules listed the Defendant Arlene Thomas as a creditor in his Chapter 13 bankruptcy as well as Division of Child Support Enforcement under priority claims in the amount past due of $2864.35. The Chapter 13 plan provided that the debtor would make regular child support payments beginning in the month of March, 2015.

7. That on June 17, 2015, a proof of claim was filed by Child Support Enforcement in the amount of $2864.35 along with a fee of $120.00 for attorney's fees.

8. That despite receiving notice from the Bankruptcy court and even though the Defendant was made aware of the filing of the proof of claim by the Division of Child Support Enforcement, the Defendant did and has continued to harass the Debtor by phone calls and text concerning the back child support. See Exhibit "A"

9. That in spite of the fact that the Debtor informed the Defendant that the arrearages were being paid under the Chapter 13 plan, the Defendant has continued to harass the Debtor by filing Motions to Show Cause in the Nelson County J& D Court. See Exhibit "B"

10. That said action violates the automatic stay imposed by §362

of the Bankruptcy Code.

NOW THEREFORE, the debtor respectfully moves that the court enter an order requiring:

(a) for a determination that Defendant be found to be in contempt of this court for having violated and disregarded the 362 stay imposed by this court and;

(b) That the Defendant pay the attorney's fees of $2500.00 and costs incurred in bringing this action.

(c) That the court enter an order staying the actions of the Nelson County Juvenile and Domestic Relations Court from taking any further action and all future actions on the collection of these pre-petition arrearages for Defendant.

Jesse L. Thomas

/s/Stephen E. Dunn, Esq.
OF COUNSEL

STEPHEN E. DUNN, ESQ
201 Enterprise Drive, Suite A
Forest, VA  24551

CERTIFICATE OF SERVICE

I, Stephen E. Dunn do hereby certify that a copy of the foregoing Complaint was sent certified mail to the Defendant listed above on this 6th day of August, 2015.

/s/ Stephen E. Dunn
Stephen E. Dunn, Esq.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:

Jesse L. Thomas

CHAPTER 13
CASE #15-60224

_____/

Jesse L. Thomas

   Movant

v.

Arlene Thomas
1 Chip Court
Palmyra, VA 22963

   Defendant
_____/

NOTICE OF HEARING ON MOTION FOR CONTEMPT FOR VIOLATION OF THE
AUTOMATIC STAY

Please take notice that Stephen E. Dunn counsel for the above-named debtors have filed a motion to for contempt, a true copy of which is attached hereto, and shall submit the same to the Honorable Rebecca Connelly, Bankruptcy Judge, for a hearing on August 26, 2015 at 9:30 a.m., or as soon thereafter as the parties may be heard. Please plan to attend in order to protect your interest.

I, Stephen E. Dunn, Counsel for the debtors, do hereby certify that a copy of the notice and the Motion has been forwarded to the Defendant on the aftermentioned date.

Dated: August 6, 2015

/s/Stephen E. Dunn, Esq.
Counsel for the Debtor

Stephen E. Dunn, Esq.
Counsel for Debtors
201 Enterprise Drive, Suite A
Forest, VA 24551

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>    Wed, Jul 15, 2015 at 11:14 AM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Those things are covered in child support. I don't have any extra money

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>    Wed, Jul 15, 2015 at 11:17 AM
To: thomasbuiltconstruction@gmail.com

Lol!!!!! .school expenses extra. You know that. You won't even pay child support even close to regularly.    You are unbelievable!!!  You explain to your daughters how you won't help them with school stuff.

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>    Wed, Jul 15, 2015 at 11:27 AM
To: thomasbuiltconstruction@gmail.com

What have you become!!!!

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>    Wed, Jul 15, 2015 at 11:46 AM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Check your email

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>    Wed, Jul 15, 2015 at 12:10 PM
To: thomasbuiltconstruction@gmail.com

Then pay your child support....you owe us over $4000.  Think about that before you try to preach to me.  Think about that in Hawaii.

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>    Wed, Jul 15, 2015 at 12:12 PM
To: thomasbuiltconstruction@gmail.com

Enjoy your daughters that you won't even help with school supplies with.  Pitiful.

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>    Wed, Jul 15, 2015 at 12:12 PM
To: thomasbuiltconstruction@gmail.com

Have a nice day.

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>    Wed, Jul 15, 2015 at 12:16 PM
To: thomasbuiltconstruction@gmail.com

Fyi...this is list just for jayne

20150715_121358.jpg
197K

DEBTOR EXHIBIT A
Blumberg No. 5197

| | |
|---|---|
| **thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com><br>To: Arlene Thomas <Thomas-Arlene@aramark.com> | Tue, Jul 21, 2015 at 9:36 AM |

Thanx for another false show cause.

| | |
|---|---|
| **thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com><br>To: Arlene Thomas <Thomas-Arlene@aramark.com> | Tue, Jul 21, 2015 at 10:41 AM |

Are you going to remove it or shall I have my lawyer do it and you can pay him

| | |
|---|---|
| **thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com><br>To: Arlene Thomas <Thomas-Arlene@aramark.com> | Wed, Jul 22, 2015 at 6:52 PM |

[Quoted text hidden]

| | |
|---|---|
| **thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com><br>To: Arlene Thomas <Thomas-Arlene@aramark.com> | Wed, Jul 22, 2015 at 6:52 PM |

[Quoted text hidden]

| | |
|---|---|
| **Arlene Thomas** <Thomas-Arlene@aramark.com><br>To: thomasbuiltconstruction@gmail.com | Wed, Jul 22, 2015 at 6:53 PM |

It's for the arrearage



Jesse Thomas <thomasbuiltconstruction@gmail.com>

## SMS with Arlene Thomas
30 messages

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Wed, Jul 22, 2015 at 6:54 PM

That's all covered under the bankruptcy

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Wed, Jul 22, 2015 at 6:54 PM

The executor will be making those payments

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>  
To: thomasbuiltconstruction@gmail.com

Wed, Jul 22, 2015 at 6:55 PM

This allows dcse to pursue it

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Wed, Jul 22, 2015 at 6:55 PM

Therefore it is a false show cause

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Wed, Jul 22, 2015 at 6:55 PM

No they will not.....They already told you and me that

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Wed, Jul 22, 2015 at 6:56 PM

FINE... I WILL LET MY LAWYER DEAL WITH YOU

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>  
To: thomasbuiltconstruction@gmail.com

Wed, Jul 22, 2015 at 6:57 PM

Nope.  And u owe still a month.    Yes they will.    You already sent him for my jugular. .remember.

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Wed, Jul 22, 2015 at 7:00 PM

Wrong lawyer

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Wed, Jul 22, 2015 at 7:01 PM

You are very wrong on the month. I am caught up minus the bankruptcy amount

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>

Wed, Jul 22, 2015 at 7:01 PM

To: thomasbuiltconstruction@gmail.com

Nope

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  Wed, Jul 22, 2015 at 7:03 PM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Wrong lawyer and this one is even better

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  Wed, Jul 22, 2015 at 7:04 PM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

You need to talk to DCSE. And they will explain to you. I am current minis the 3000+ that is in bankruptcy

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  Wed, Jul 22, 2015 at 7:05 PM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

You can go online and see it for yourself

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>  Wed, Jul 22, 2015 at 7:31 PM
To: thomasbuiltconstruction@gmail.com

Glad you have money to afford one.

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  Wed, Jul 22, 2015 at 7:37 PM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

I can't that's the point. I want this taken care once and for all so you can't keep playing games

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>  Wed, Jul 22, 2015 at 7:38 PM
To: thomasbuiltconstruction@gmail.com

No games. Just handling thing in court....like you.

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  Wed, Jul 22, 2015 at 7:40 PM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Your wrong. You are playing games because you already know this has been taken care of in the courts and by the courts.. It is ok. Have fun with what ever he does to you for filling false cases. Good bye

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>  Wed, Jul 22, 2015 at 7:41 PM
To: thomasbuiltconstruction@gmail.com

Time will tell. You can't always lie your way through everything.

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>  Wed, Jul 22, 2015 at 7:42 PM
To: thomasbuiltconstruction@gmail.com

You went for kill in court.......now I understand your rules.

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>  Wed, Jul 22, 2015 at 7:43 PM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Lye is one of the things I no longer do. I went for the law.

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>   Wed, Jul 22, 2015 at 7:43 PM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Good bye

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>   Wed, Jul 22, 2015 at 7:46 PM
To: thomasbuiltconstruction@gmail.com

Goodbye

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>   Wed, Jul 22, 2015 at 7:53 PM
To: thomasbuiltconstruction@gmail.com

BTW...note date. When filed...you hadn't made pymnt since Apr. No false anything. And you do still owe $3000. That's a fact.

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>   Wed, Jul 22, 2015 at 7:54 PM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Go away now. You either cancel the current show cause or my lawyer will DEAL with you. Good bye

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>   Wed, Jul 22, 2015 at 7:54 PM
To: thomasbuiltconstruction@gmail.com

Dcse will deal with you.

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>   Wed, Jul 22, 2015 at 7:55 PM
To: thomasbuiltconstruction@gmail.com

Good night

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>   Wed, Jul 22, 2015 at 7:55 PM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Good luck with that

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>   Wed, Jul 22, 2015 at 7:55 PM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Good luck with that

---

**Arlene Thomas** <Thomas-Arlene@aramark.com>   Wed, Jul 22, 2015 at 7:55 PM
To: thomasbuiltconstruction@gmail.com

Right back at ya

---

**thomasbuiltconstruction@gmail.com** <thomasbuiltconstruction@gmail.com>   Wed, Jul 22, 2015 at 7:56 PM
To: Arlene Thomas <Thomas-Arlene@aramark.com>

Go away now

**SHOW CAUSE SUMMONS (CIVIL)**
Commonwealth of Virginia

SERVICE COPY
VA. CODE §§ 8.01-508, 8.01-519, 8.01-564, 8.01-565, 16.1-69.24, 16.1-278.16, 19.2-358

NELSON COUNTY J & DR - ADULT
CITY OR COUNTY
[ ] General District Court
[x] Juvenile and Domestic Relations District Court

P.O. BOX 7, 84 CT HOUSE SQ. 2ND FLOOR, LOVINGSTON, VA 22949
STREET ADDRESS OF COURT

**TO ANY AUTHORIZED OFFICER:** FOR ADVISEMENT ONLY

You are hereby commanded to summon forthwith the Respondent to appear before this Court on
07/09/2015  3:30 p  to show cause, if any, why Respondent should not, pursuant to
DATE AND TIME

Virginia Code § 16.1-278.16

[ ] have judgment in the amount of $ _____ or other such amount as may be proved entered against the Respondent Garnishee

[x] be imprisoned until the Respondent complies with the Court's order or be fined for:

[ ] failure to pay fines, costs, forfeiture, restitution and/or penalty or an installment thereof:
payment due: $ _____ on _____

[x] failure to provide support as ordered on 01/29/2014
DATE
$ 780.00 per MONTH
with $ 4,473.25 arrearages as of 06/18/2015

[ ] failure to obey an order of [ ] this court [ ] _____
dated _____ ordering _____

[ ] failure to appear on _____ to answer interrogatories
DATE
SEE ATTACHED MOTION FOR SHOW CAUSE
[x] (Other-Explain)

**WARNING:** Failure to appear may result in your being fined or jailed.

06/24/2015
DATE ISSUED
DEP [X] CLERK   [ ] MAGISTRATE   [ ] JUDGE

FORM DC-481X FRONT 10/13

---

CASE NO. JA003802-01-03

SUMMONS THIS RESPONDENT:
THOMAS, JESSE LEWIS
LAST NAME, FIRST NAME, MIDDLE NAME

168 CRESTHAVEN TER

EVINGTON VA 24550-9526

COMPLETE DATA BELOW IF KNOWN

| RACE | SEX | BORN | | | HT. | | WGT. | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|
| | | MO | DAY | YR | FT | IN | | | |
| W | M | ██ | ██ | ██ | 5 | 07 | 140 | | BL |

SSN  XXX-XX-0250

**SHOW CAUSE SUMMONS (CIVIL)**

In connection with the case of
[ ] Commonwealth of Virginia
[x] THOMAS, ARLENE

v./In re
THOMAS, JESSE LEWIS

UNDERLYING CASE NO. JA003802-01-00

**NOTICE TO RESPONDENT:** If this Show Cause Summons is issued based upon your alleged failure to provide support as ordered, your ability to pay the ordered support will be a critical issue in this proceeding. You will have an opportunity at the hearing to respond to statements and questions about your financial status.

---

HEARING DATE AND TIME
07/09/2015
3:30p

Appropriate Dress Required in Courtroom. No Shorts, Halter Tops, Tank Tops, Bare Midriffs/Stomach, Cut-Offs, T-Shirts, Hats, or Bedroom Footwear.

No Children Allowed in Courtroom Unless Summoned to Appear


DEBTOR EXHIBIT B

**MOTION FOR SHOW CAUSE SUMMONS OR CAPIAS**
COMMONWEALTH OF VIRGINIA

Case No. JA003802-01-03

NELSON _____ Juvenile and Domestic Relations District Court

HEARING DATE AND TIME

This motion is filed in connection with Case No. JA003802-01-00

v. / In re

Party Making this Request:
Arlene Thomas
NAME
1 Chip Court
ADDRESS/LOCATION
Shipman, VA 22963
434-■■326-3023
TELEPHONE NUMBER

Party to be Served:
Jesse Thomas
NAME
168 Cresthaven Terrace
ADDRESS/LOCATION
Evington, VA 24550
434-987-5505
TELEPHONE NUMBER

COMPLETE DATA BELOW IF KNOWN
RACE: W  SEX: M  BORN: ■■  HT: 5'7"  WGT: 140  EYES: Bl  HAIR: Bald
SSN: ■■■

The undersigned respectfully represents to the Court that the respondent should,

[ ] pursuant to Va. Code § 19.2-306, serve the sentence previously suspended on _____ for conviction of _____ because _____

[ ] have his or her recognizance revoked or modified because of the following violation of conditions of release: _____

[ ] be imprisoned, fined or otherwise punished or dealt with according to law
  [ ] pursuant to Va. Code §§ 18.2-456/16.1-69.24 for failure to obey an order of [ ] this court [ ] _____ ordering such act of the respondent being described as _____, on _____

[ ] pursuant to Va. Code [ ] §§ 18.2-456/16.1-69.24 [ ] § 19.2-358 [ ] § 19.2-305.2 (restitution only), for failure to pay fines, costs, forfeitures, restitution and/or penalties or an installment thereof; payment due: $ _____ on _____

[X] pursuant to Va. Code § 16.1-278.16 for failure to provide support as ordered on 1/29/14 $ 780.00 per monthly with $ 4,473.25 arrearage as of June 18, 2015

[ ] pursuant to § 19.2-303.3, have his or her local community-based probation revoked or modified because _____

[ ] pursuant to § 19.2-304, have his or her probation period or conditions modified as follows: _____ because _____

[ ] pursuant to [ ] § 4.1-305 [ ] § 18.2-57.3 [ ] § 18.2-251 [ ] § 19.2-303.2, have his or her deferral of proceedings revoked and be subjected to the proceedings as provided by law because _____

[ ] (Other – Explain) _____

RECEIVED JUN 2015 Nelson Co. Juvenile & Domestic Relations

Therefore, the undersigned requests the issuance of process to the respondent to answer the above motion.

6-18-15
DATE

TITLE

Arlene Thomas
SIGNATURE

FORM DC-635 REVISED 10/08    (A103411 6/10)

# SHOW CAUSE SUMMONS (CIVIL)
Commonwealth of Virginia

**SERVICE COPY**

VA. CODE §§ 8.01-508, 8.01-519, 8.01-564, 8.01-565, 16.1-69.24, 16.1-278.16, 19.2-358

NELSON COUNTY J & DR - ADULT
[ ] General District Court
[X] Juvenile and Domestic Relations District Court

P.O. BOX 7, 84 CT HOUSE SQ, 2ND FLOOR, LOVINGSTON, VA 22949
STREET ADDRESS OF COURT

## TO ANY AUTHORIZED OFFICER: FOR ADVISEMENT ONLY

You are hereby commanded to summon forthwith the Respondent to appear before this Court on

08/20/2015 ......... 09:00 AM ......... to show cause, if any, why Respondent should not, pursuant to
DATE AND TIME

Virginia Code § 16.1-278.16 ...............

[ ] have judgment in the amount of $ ............... or other such amount as may be proved entered against the Respondent Garnishee

[X] be imprisoned until the Respondent complies with the Court's order or be fined for:

[ ] failure to pay fines, costs, forfeiture, restitution and/or penalty or an installment thereof:
payment due: $ ............... on ............... 

[X] failure to provide support as ordered on ............... 07/09/2015
                                                              DATE

$ 579.22 per MONTH

with $ 4,490.35 arrearages as of 07/16/2015

[ ] failure to obey an order of [ ] this court [ ] ...............
dated ......... ordering ...............

[ ] failure to appear on ......... to answer interrogatories
                        DATE

[X] (Other-Explain) SEE ATTACHED MOTION FOR SHOW CAUSE

**WARNING:** Failure to appear may result in your being fined or jailed.

07/17/2015 ..................... [ ] CLERK [ ] MAGISTRATE [ ] JUDGE
DATE ISSUED

FORM DC-481X FRONT 10/13

---

CASE NO. JA003802-01-04

SUMMONS THIS RESPONDENT:

THOMAS, JESSE LEWIS
LAST NAME, FIRST NAME, MIDDLE NAME

168 CRESTHAVEN TERRACE
EVINGTON VA 24550-9526

| COMPLETE DATA BELOW IF KNOWN |
|---|
| RACE | SEX | BORN | HT. | WGT. | EYES | HAIR |
|      |     | MO. | DAY | YR. | FT. | IN. |     |      |      |
| W    | M   |     |     |     | 5   | 07  | 140 | BL   |      |

SSN XXX-XX-0250

## SHOW CAUSE SUMMONS
(CIVIL)

In connection with the case of

[ ] Commonwealth of Virginia
[X] THOMAS, ARELENE

v./In re

THOMAS, JESSE LEWIS

UNDERLYING CASE NO. JA003802-01-02

**NOTICE TO RESPONDENT:** If this Show Cause Summons is issued based upon your alleged failure to provide support as ordered, your ability to pay the ordered support will be a critical issue in this proceeding. You will have an opportunity at the hearing to respond to statements and questions about your financial status.

No Children Allowed in Courtroom Unless Summoned to Appear

Appropriate Dress Required in Courtroom. No Shorts, Halter Tops, Tank Tops, Bare Midriffs/Stomachs, Cut-Offs, T-Shirts, Hats, or Bedroom Slippers.

**HEARING DATE AND TIME**
08/20/2015
09:00 AM

**MOTION FOR SHOW CAUSE SUMMONS OR CAPIAS**
COMMONWEALTH OF VIRGINIA

Case No. JA003802-01-04

Nelson County ............ Juvenile and Domestic Relations District Court

HEARING DATE AND TIME

This motion is filed in connection with Case No. JA003802-01-02

Arlene F. Thomas     v./In re     Jesse L. Thomas

Party Making this Request:
1 Chip Cour Arlene Thomas
NAME
1 Chip Court
ADDRESS/LOCATION
Palmyra, VA 22963
434-326-3023
TELEPHONE NUMBER

Party to be Served:
Jesse L. Thomas
NAME
168 Cresthaven Terrace
ADDRESS/LOCATION
Evington, VA 24550
434-987-5505
TELEPHONE NUMBER

COMPLETE DATA BELOW IF KNOWN
RACE: W   SEX: M   BORN: (redacted)   HT: 5-7   WGT: 140   EYES: Bl   HAIR: Bald

The undersigned respectfully represents to the Court that the respondent should,

[ ] pursuant to Va. Code § 19.2-306, serve the sentence previously suspended on .............. DATE .............. for conviction of .............. because ..............

[ ] have his or her recognizance revoked or modified because of the following violation of conditions of release: ..............

[X] be imprisoned, fined or otherwise punished or dealt with according to law
  [X] pursuant to Va. Code §§ 18.2-456/16.1-69.24 for failure to obey an order of [X] this court [ ] .............. ordering
  such act of the respondent being described as .............. on .............. DATE

[ ] pursuant to Va. Code [ ] §§ 18.2-456/16.1-69.24 [ ] § 19.2-358 [ ] § 19.2-305.2 (restitution only), for failure to pay fines, costs, forfeitures, restitution and/or penalties or an installment thereof; payment due: $ .............. on .............. DATE

[X] pursuant to Va. Code § 16.1-278.16 for failure to provide support as ordered on
7-9-15  DATE   $ 579.22 (267.94) per Month (Bi-weekly)
with $ 4,490.35 arrearage as of Jul 16, 2015 DATE

[ ] pursuant to §.19.2-303.3, have his or her local community-based probation revoked or modified because ..............

[ ] pursuant to § 19.2-304, have his or her probation period or conditions modified as follows: ..............
because ..............

[ ] pursuant to [ ] § 4.1-305 [ ] § 18.2-57.3 [ ] § 18.2-251 [ ] § 19.2-303.2, have his or her deferral of proceedings revoked and be subjected to the proceedings as provided by law because ..............

[ ] (Other – Explain) ..............

Therefore, the undersigned requests the issuance of process to the respondent to answer the above motion.

7-16-2015            Arlene F. Thomas
            TITLE            SIGNATURE