# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

IN RE:  JESSE L. THOMAS                             CHAPTER 13
                                                    CASE NO. 15-60224

    Debtor(s)

JESSE L. THOMAS

    Movant

v.

ARLENE THOMAS

    Defendant

### ORDER ON MOTION FOR CONTEMPT FOR VIOLATION OF THE AUTOMATIC STAY

Comes now, the Debtor, by counsel on the Motion for Contempt for Violation of the Automatic Stay, and it appearing to the court that it is proper to do so, it is therefore

**ORDERED, ADJUDGED** and **DECREED**

that the Motion for Violation of the Automatic Stay is withdrawn, conditioned upon the agreement by Defendant, Arlene Thomas, to cease filing show cause motions against the Debtor for past due child support provided under the confirmed chapter 13 plan.

Copies of this order shall be mailed to the Debtor, Debtor's Counsel, Chapter 13 Trustee and the Creditor.

Dated:  September 3, 2015

/s/ Rebecca B. Connelly
_____
Rebecca B. Connelly
U.S. Bankruptcy Judge

I ask for this:

/s/ Stephen E. Dunn
Counsel for Debtor(s)
Stephen E. Dunn, Esq.
201 Enterprise Drive, Suite A
Forest, VA.  24551

Seen:


/s/ Herbert L. Beskin
Herbert L. Beskin, Trustee